KATZER, by Guardian *ad litem*, Appellant, vs. THE MIL-
WAUKEE ELECTRIC RAILWAY & TRANSPORT COMPANY,
Respondent.

For the appellant: *Mitchell Melnik* and *Gold & McCann*, all of Milwaukee.
For the respondent: *Shaw, Muskat & Paulsen* of Milwaukee.

*By the Court.*—Judgment affirmed.